THE HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK GLINOGA, JAMES SMITH, JENNIFER STEPHENS, CHARLES POPP, RUDOLPH WINN, STEPHANIE MILLER, KARLA WILLIAMS, and CHRIS JARVIS on behalf of themselves and a class of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>T-MOBILE USA, INC.,<br><br>　　　　　Defendant. | No. 2:21-cv-01245-BJR<br><br>**STIPULATED MOTION AND ORDER TO STAY PROCEEDINGS PENDING JPML'S RULING ON TRANSFER** |

STIPULATED MOTION AND ORDER
TO STAY PROCEEDINGS
(No. 2:21-cv-01245-BJR) - 1

154886180.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1  Under Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiffs Mark Glinoga, James Smith, Jennifer Stephens, Charles Popp, Rudolph Winn, Stephanie Miller, Karla Williams, and Chris Jarvis, and Defendant T-Mobile USA, Inc. (together "the Parties"), hereby stipulate to stay all proceedings and deadlines in this action until the Judicial Panel on Multidistrict Litigation ("JPML") rules on the pending motion to transfer under 28 U.S.C. § 1407 ("MDL Petition"). *See In re: T-Mobile Customer Data Sec. Breach Litig.* ("*In re: T-Mobile*"), MDL No. 3019 (ECF No. 1). In support of this stipulated motion, the Parties state:

Plaintiffs filed this case on September 13, 2021. *See* ECF No. 1. In a related case, this Court recently granted T-Mobile's motion requesting a stay pending the JPML's ruling on the MDL Petition, finding:

> Any delay arising from a stay is likely to be short, and Plaintiffs have not demonstrated that any significant prejudice would result from a short stay. A stay is also likely to conserve judicial resources, as well as the parties' resources, until the JPML decides whether (and if so, where) to transfer the dozens of similar cases for coordinated or consolidated pretrial proceedings.

*Daruwalla v. T-Mobile USA, Inc.*, No. 2:21-cv-01118-BJR (W.D. Wash. Oct. 29, 2021) (ECF No. 39). The Parties therefore respectfully request that the Court enter a short stay of all proceedings here, including the deadlines for responding to the complaint, filing any motion to dismiss or moving to compel arbitration, until the JPML rules on the MDL Petition.

STIPULATED MOTION AND ORDER
TO STAY PROCEEDINGS
(No. 2:21-cv-01245-BJR) - 2

154886180.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1  Dated: December 1, 2021

2  By: /s/ *Steve Y. Koh*                                  By: /s/ *Kim D. Stephens*
   Steve Y. Koh, WSBA No. 23284                            Kim D. Stephens, P.S., WSBA #11984
3  Kathleen M. O'Sullivan, WSBA No. 27850                  Jason T. Dennett, WSBA #30686
   Lauren J. Tsuji, WSBA No. 55839                         Kaleigh N. Powell, WSBA #52684
4  **PERKINS COIE LLP**                                    **TOUSLEY BRAIN STEPHENS PLLC**
   1201 Third Avenue, Suite 4900                           1200 Fifth Avenue, Suite 1700
5  Seattle, WA  98101-3099                                 Seattle, WA 98101
   Telephone: 206.359.8000                                 Telephone: (206) 682-5600
6  Facsimile: 206.359.9000                                 Facsimile: (206) 682-2992
   E-mail: SKoh@perkinscoie.com                            E-mail: jdennett@tousley.com
7           KOSullivan@perkinscoie.com                              kstephens@tousley.com
            LTsuji@perkinscoie.com                                  kpowell@tousley.com
8
   Kristine McAlister Brown (*pro hac vice*)               Mark S. Reich
9  **ALSTON & BIRD LLP**                                   Courtney E. Maccarone
   1201 West Peachtree Street                              **LEVI & KORSINSKY, LLP**
10 Atlanta, GA 30309                                       55 Broadway, 10th Floor
   Telephone: (404) 881-7000                               New York, NY 10006
11 Facsimile: (404) 881-7777                               Telephone: (212) 363-7500
   E-mail: kristy.brown@alston.com                         Email: mreich@zlk.com
12                                                                 cmaccarone@zlk.com
   *Attorneys for Defendant T-Mobile USA, Inc.*
13                                                         *Attorneys for Plaintiffs*

14

15

16

17

18

19

20

21

22

23

24
   STIPULATED MOTION AND ORDER                             Perkins Coie LLP
   TO STAY PROCEEDINGS                                     1201 Third Avenue, Suite 4900
   (No. 2:21-cv-01245-BJR) - 3                             Seattle, Washington 98101-3099
                                                           Phone: 206.359.8000
                                                           Fax: 206.359.9000

   154886180.1

**ORDER**

IT IS SO ORDERED.

Dated this 2nd day of December, 2021.

<u>s/Barbara J. Rothstein</u>
Barbara J. Rothstein
U.S. District Court Judge

Presented by:

Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
KOSullivan@perkinscoie.com
LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-Mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

STIPULATED MOTION AND ORDER
TO STAY PROCEEDINGS
(No. 2:21-cv-01245-BJR) - 4

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154886180.1